THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK SCHNEIDER, Appellant.

Argued November 19, 1940; decided December 31, 1940.

*Frederick Evan Crane* and *Louis B. Boudin* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Eugene A. Leiman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and LOUGHRAN, J., on the ground that there were errors committed at the trial which in their opinion were clearly prejudicial.